To: Fourteenth Court of Appeals

Re: Cause numbers   14-14-00104-CR
                    14-14-00105-CR
                    14-14-00106-CR

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS
AUG 14 2015
CHRISTOPHER A. PRINE
CLERK

MAILED

Clerk of the Court:

Upon receipt of this letter I am requesting:

1.) a copy of this letter with the date stamp it was received by the court to be sent to me.

2.) This letter to be presented to the court, with the arguments presented below.

A.) In the Aug 2014 timeframe I submitted a motion to the court to grant me time to file my Pro Se brief; also I notified the Court of Appeals that there was a problem with my extension(s) as I did not receive an extension receipt for each cause. I have not received ANY response from the Court of Appeals about this.

B.) In the Sept/Oct 2014 timeframe I submitted a letter to the court to grant me time to file my Pro Se brief; also I notified the court of Appeals that there was a problem with my extension(s) as I did not receive an extension receipt for each cause. I have not received ANY response from the Court of Appeals about this.

C.) In the Dec 2014 timeframe I wrote 3 letters to the Court of Appeals, detailing issues and notifying the court of my status and intentions of my desire to appeal the case and needing more time due to problems getting access to the Law Library,... I have not received ANY response from the Court of Appeals about this.

D.) At the end of May (2015) I submitted multiple motions to the Court of Appeals. This included my Pro Se response, and the Pro Se brief I had been working on (as directed by my Appellate Counsel) I have not received ANY response from the Court of Appeals about this.

Each one of these motions/letters were sent to the Court of Appeals at the address listed below.

The Courts can validate these dates/timeframes with TDCJ mail logs. I have requested them, they will not provide them to me, but I was advised that they are available to the court.

I am requesting the following for each of the items A-D

1.) a copy that is date stamped by the court when it was received to be sent to me. (the motions/letters I sent to the court)

2.) Presented to the court for review/action on each item.

3.) A status/action/resolution for each of these items to be sent to me.

It has almost been 1 year and I have not heard any response from the court; despite my attempts to communicate my desire to appeal the case. My attorney has not communicated with me the status, he has effectively abandoned me since he was appointed to me.

Motions/letters sent to:

Fourteenth Court of Appeals
301 Fannin, Ste 245
Houston, Tx 77002

George Vogel #1902544
Polunsky Unit
3872 FM 350 South
Livingston Tx 77351